AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Janice D. Ayler <br><br> *Plaintiff(s)* <br> v. <br> I.Q. Data International INC, Silver Ridge Village LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-5076-BHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* I.Q. Data International INC
C/O Corporation Service Company
300 Deschutes Way SW STE 208
Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Janice D. Ayler
PO BOX 99284
Lakewood, WA 98496-0284

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 28, 2024                              _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Janice D. Ayler )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.   3:24-cv-5076-BHS
I.Q. Data International INC, Silver Ridge Village LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Silver Ridge Village LLC
C/O Yanna Zhang
2415 100th Street CT S
Tacoma, WA 98444

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Janice D. Ayler
PO BOX 99284
Lakewood, WA 98496-0284

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 28, 2024                                    *Signature of Clerk*