Jeffrey I. Hasson
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Washington State Bar No. 23741

*Attorney for Defendant I.Q. Data International, Inc.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE D. AYLER, | Case No.: 3:24-CV-05076-BHS |
| Plaintiff, | DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT |
| vs. | |
| I.Q. DATA INTERNATIONAL, INC. AND SILVER RIDGE VILLAGE, LLC | |
| Defendants. | |

Defendant I.Q. Data International, Inc. ("I.Q. Data"), by counsel, states as follows for its Answer to Plaintiff's Complaint [Dkt. # 3] filed against it by Plaintiff Janice D. Ayler ("Plaintiff"):

1. Paragraph 1 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required. To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

2. I.Q. Data admits this Court has jurisdiction over claims under the FDCPA but I.Q. Data puts the Court and Plaintiff on notice of *TransUnion LLC v. Ramirez,* 141 S. Ct. 2190 (2021) concerning the subject matter jurisdiction of federal courts regarding alleged statutory violations. I.Q. Data is without sufficient knowledge to form a belief as to the truth

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES TO
COMPLAINT - Page 1
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

of the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint, and therefore denies said allegations.

3. I.Q. Data admits this Court has jurisdiction over claims under the FDCPA, but I.Q. Data puts the Court and Plaintiff on notice of *TransUnion LLC v. Ramirez,* 141 S. Ct. 2190 (2021) concerning the subject matter jurisdiction of federal courts regarding alleged statutory violations. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 3 of Plaintiff's Complaint, and therefore denies said allegations.

4. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore denies said allegations.

5. I.Q. Data admits I.Q. Data is a Washington Corporation. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore denies said allegations.

6. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore denies said allegations.

7. Paragraph 7 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required. To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

8. Paragraph 8 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required. To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

9. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore denies said allegations.

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT - Page 2
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   10.  I.Q. Data denies the allegations contained in Paragraph 10 of Plaintiff's
2   Complaint.
3   11.  I.Q. Data is without sufficient knowledge to form a belief as to the truth of the
4   allegations contained in Paragraph 11 of Plaintiff's Complaint, and therefore denies said
5   allegations.
6   12.  I.Q. Data is without sufficient knowledge to form a belief as to the truth of the
7   allegations contained in Paragraph 12 of Plaintiff's Complaint, and therefore denies said
8   allegations.
9   13.  I.Q. Data denies the allegations contained in Paragraph 13 of Plaintiff's
10  Complaint.
11  14.  I.Q. Data is without sufficient knowledge to form a belief as to the truth of the
12  allegations contained in Paragraph 14 of Plaintiff's Complaint, and therefore denies said
13  allegations.
14  15.  I.Q. Data denies the allegations contained in Paragraph 15 of Plaintiff's
15  Complaint.
16  16.  I.Q. Data denies the allegations contained in Paragraph 16 of Plaintiff's
17  Complaint.
18  17.  I.Q. Data is without sufficient knowledge to form a belief as to the truth of the
19  allegations contained in Paragraph 17 of Plaintiff's Complaint, and therefore denies said
20  allegations.
21  18.  I.Q. Data is without sufficient knowledge to form a belief as to the truth of the
22  allegations contained in Paragraph 18 of Plaintiff's Complaint, and therefore denies said
23  allegations.
24  19.  I.Q. Data is without sufficient knowledge to form a belief as to the truth of the
25  allegations contained in Paragraph 19 of Plaintiff's Complaint, and therefore denies said
26  allegations.

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES TO
COMPLAINT - Page 3
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

20. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint, and therefore denies said allegations.

21. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and therefore denies said allegations.

22. I.Q. Data denies the allegations of Paragraph 22 of Plaintiff's Complaint.

23. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint, and therefore denies said allegations.

24. I.Q. Data denies the allegations in Paragraph 24 of Plaintiff's Complaint.

25. I.Q. Data denies the allegations in Paragraph 25 of Plaintiff's Complaint.

26. I.Q. Data denies the allegations in Paragraph 26 of Plaintiff's Complaint.

27. I.Q. Data admits and denies the allegations in Paragraph 27 as set forth in Paragraphs 1 through 26 of this Answer.

28. Paragraph 28 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required. To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

29. I.Q. Data is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint, and therefore denies said allegations.

30. Paragraph 30 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required. To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

31. I.Q. Data denies the allegations in Paragraph 31 of Plaintiff's Complaint.

32. I.Q. Data denies the allegations in Paragraph 32 of Plaintiff's Complaint.

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT - Page 4
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

33. I.Q. Data denies the allegations in Paragraph 33 of Plaintiff's Complaint.

34. I.Q. Data denies the allegations in Paragraph 34 of Plaintiff's Complaint.

35. I.Q. Data admits and denies the allegations in Paragraph 35 as set forth in Paragraphs 1 through 34 of this Answer.

36. I.Q. Data denies the allegations in Paragraph 36 of Plaintiff's Complaint.

37. I.Q. Data denies the allegations in Paragraph 37 of Plaintiff's Complaint.

38. I.Q. Data denies the allegations in Paragraph 38 of Plaintiff's Complaint.

39. I.Q. Data denies the allegations in Paragraph 39 of Plaintiff's Complaint.

40. I.Q. Data denies the allegations in Paragraph 40 of Plaintiff's Complaint.

41. I.Q. Data admits and denies the allegations in Paragraph 41 as set forth in Paragraphs 1 through 40 of this Answer.

42. Paragraph 42 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required.  To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

43. Paragraph 43 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required.  To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

44. Paragraph 44 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required.  To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

45. Paragraph 45 of Plaintiff's Complaint is a legal conclusion to which no admission or denial is required.  To the extent that a response is required, I.Q. Data denies the allegations in that Paragraph.

46. I.Q. Data denies the allegations in Paragraph 46 of Plaintiff's Complaint.

47. I.Q. Data denies the allegations in Paragraph 47 of Plaintiff's Complaint.

48. I.Q. Data denies the allegations in Paragraph 48 of Plaintiff's Complaint.

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT - Page 5
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

49. I.Q. Data denies the allegations in Paragraph 49 of Plaintiff's Complaint.

50. All other allegations contained in Plaintiff's Complaint which are not otherwise specifically admitted or denied herein are denied.

## ADDITIONAL DEFENSES

1. **Failure to State a Claim.** Plaintiff failed to state a claim upon which relief can be granted as to the FDCPA, FCRA and WCPA.

2. **Standing.** Plaintiff lacks standing because she did not suffer any concrete harm.

3. **Failure to state a claim.** The alleged misrepresentations are not material and, therefore, are not actionable under the FDCPA. See *Donahue v. Quick Collect, Inc.,* 592 F.3d 1027 (9th Cir. 2010).

4. **Third Party Liability.** Plaintiff's damages, if any, were the result of the fault of Plaintiff themselves or of others for whom I.Q. Data is not responsible or liable.

5. **Failure to Mitigate.** Any damages were aggravated by Plaintiff's own failure to use reasonable diligence to mitigate them.

6. **Offset.** Any damages are offset by amounts that Plaintiff owes on the delinquent account at issue.

7. **Good Faith.** At all pertinent times, I.Q. Data acted in good faith reliance on the information provided by the creditor of the account.

8. **Good Faith.** All amounts attempted to be collected by I.Q. Data are reasonable and lawful pursuant to the common law and/or statutory law of Washington.

9. **Bonafide Error.** If any violation occurred, I.Q. Data's actions were not intentional, and the error occurred despite reasonable procedures in place to avoid the error.

10. **Frivolous.** Plaintiff's allegations are false, and Plaintiff knows or should know they are false. Plaintiff knows that the principal amount assigned was $3,491.67 and Plaintiff knows that Plaintiff made $200 in payments towards that principal balance. Reasonable attorney fees should be awarded against Plaintiff for this frivolous action.

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT - Page 6
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

11. Further answering Plaintiff's Complaint, I.Q. Data specifically reserves the right to amend its answer and claims herein by way of adding additional parties, affirmative defenses, counterclaims, cross-claims, and third-party claims or actions, as additional investigation, discovery or circumstances may warrant.

WHEREFORE, I.Q. Data requests that this Court dismiss Plaintiff's Complaint at Plaintiff's cost, and that I.Q. Data be awarded reasonable attorney fees and costs as provided for under applicable law.

Dated: March 22, 2024.

Respectfully submitted,

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No.: (503) 255-5352
Fax No.: (503) 255-6124
hasson@hassonlawllc.com
Attorney for I.Q. Data

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT - Page 7
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Certificate of Service

1    I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:_and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Janice D. Ayler
PO Box 99284
Lakewood, WA 98496-0284

        s/ Jeffrey I. Hasson
        Jeffrey I. Hasson, WSBA#23741
        Attorney for I.Q. Data
        Hasson Law, LLC
        9385 SW Locust Street
        Tigard, OR 97223
        Phone: (503) 255-5352
        Facsimile: (503) 255-6124
        E-Mail: hasson@hassonlawllc.com

DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT - Page 8
Case No.: 3:24-CV-05076-BHS

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124