```
_____ FILED  _____ LODGED
        _____ RECEIVED

        APR 04 2024

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

| | |
|---|---|
| JANICE D. AYLER <br><br> Plaintiff(s), <br><br> vs. <br><br> I.Q. DATA INTERNATIONAL INC, SILVER RIDGE VILLAGE LLC <br><br> Defendant(s). | Cause No.: 3:24-CV-5076-BHS <br><br> NOTICE OF APPEARANCE |

TO:    THE PIERCE COUNTY DISTRICT COURT

AND TO:    JANICE D. AYLER

PLEASE TAKE NOTICE THAT SILVER RIDGE VILLAGE LLC appears on behalf of Defendants SILVER RIDGE VILLAGE LLC without waiving objections as to improper service or jurisdiction.  You are directed to serve all further pleadings and other papers, except original process, on the undersigned at the following address:

Name: SILVER RIDGE VILLAGE LLC
Address: 2415 100TH ST CT S TACOMA, WA 98444
Email: SILVERRIDGEVILLAGE253@GMAIL.COM
Phone Number:  253-584-1870

Dated this 4th day of April, 2024.

NOTICE OF APPEARANCE – PAGE 1

Signature _____

Printed Name: Julie Taitai

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>4th</u> day of April, 2024, I caused the foregoing to be served on the following parties by delivering to the following address: P.O Box 99284 Lakewood, WA 98496-0284

By:    [X]    U.S. Postal Service, ordinary first class mail
       [X]    U.S. Postal Service, certified or registered mail
       [ ]    return receipt requested
       [ ]    legal messengers
       [ ]    facsimile
       [ ]    electronic service
       [ ]    other (specify) _____

DATED at Tacoma, Washington, this <u>4th</u> day of April, 2024.

Printed Name: <u>Julie Taitai</u>

NOTICE OF APPEARANCE – PAGE 2