UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE D. AYLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IQ DATA INTERNATIONAL INC., and SILVER RIDGE VILLAGE LLC,<br><br>　　　　　　Defendants. | CASE NO. 3:24-cv-05076-BHS<br><br>ORDER |

This matter is before the Court on Plaintiff Janice Ayler's motion to strike, Dkt. 14, Defendant Silver Ridge Village LLC's notice of appearance, Dkt. 13.

Silver Ridge filed a notice of appearance stating: "PLEASE TAKE NOTICE THAT SILVER RIGDE VILLAGE LLC appears on behalf of Defendants [sic] SILVER RIGDE VILLAGE LLC." Dkt. 13 at 1. The notice is signed by "Julie Taitai," *id.* at 2, and there is no indication in the notice or anywhere else in the record that Taitai is a licensed attorney. The notice is also directed at the Pierce County District Court, not this Court. *Id.* at 1. Ayler asserts that the Court should strike Silver Ridge's notice of appearance because of these deficiencies. Dkt. 14 at 3–4.

ORDER - 1

1    It is well established that a corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194 (1993); *see also* 28 U.S.C. § 1654; Local Rules, W.D. Wash., LCR 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel."). When a corporate defendant has been properly served a summons and complaint, the failure of the corporation to be represented by licensed counsel "may result in . . . entry of default against the business entity as to any claims of other parties." LCR 83.2(b)(4).

Ayler's motion to strike, Dkt. 14, Silver Ridge's notice of appearance, Dkt. 13, is **GRANTED**. Silver Ridge may file another notice of appearance curing the deficiencies identified in this order. Silver Ridge cannot represent itself pro se in this Court.

Dated this 8th day of April, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2