The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JANICE D. AYLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IQ DATA INTERNATIONAL INC. and SILVER RIDGE VILLAGE LLC,<br><br>　　　　Defendants. | Case No.  3:24-cv-05076-BHS<br><br>**ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS**<br><br>NOTED FOR MOTION CALENDAR: MAY 30, 2024 |

　　THIS MATTER came before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice and Without Fees or Costs ("Stipulated Motion"). The Court has considered the Stipulated Motion and the pleadings and files of record, and being fully informed,

　　IT IS HEREBY ORDERED that the Parties' Stipulated Motion to Dismiss is GRANTED. Plaintiff Janice D. Ayler's Complaint is dismissed with prejudice, without costs or attorneys' fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　Dated this 14th day of June, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge